No. 98–1088. IN RE VEY;

No. 98–7151. IN RE MOSSERI;

No. 98–7166. IN RE BALL; and

No. 98–7168. IN RE ABIDEKUN. Petitions for writs of mandamus and/or prohibition denied.

No. 98–6322. SLACK v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma* pauperis granted. Certiorari granted limited to the following question: "If a person's petition for habeas corpus under 28 U. S. C. § 2254 is dismissed for failure to exhaust state remedies, and he subsequently exhausts his state remedies and refiles the § 2254 petition, are claims included within that petition that were not included within his initial § 2254 filing 'second or successive' habeas applications?"

No. 97–1834. BRILLINGER ET AL. v. GENERAL ELECTRIC CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–322. EXXON CORP. ET AL. v. DOW CHEMICAL CO. C. A. Fed. Cir. Certiorari denied.

No. 98–447. VITEK SUPPLY CORP. ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–462. WOODWARD v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–554. LEE v. HUGHES ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–577. GOMEZ-OCHOA v. RENO, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–598. COUSIN ET AL. v. SUNDQUIST, GOVERNOR OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.